IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON MORLEY,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>*Defendant*. | Civ. A. No. 19-0797 (CKK) |

## ANSWER

Defendant Board of Governors of the Federal Reserve System (the "Board"), through its undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### SECOND DEFENSE

The information Plaintiff seeks in his Freedom of Information Act ("FOIA") request is subject to exemptions under FOIA.

### SPECIFIC RESPONSES

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Paragraph 2 states a legal conclusion to which no response is required.

3. The Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the complaint, and on that basis, denies the allegations in this paragraph.

4. The Board admits that it is an agency of the United States government. The Board admits that it has possession and control of some records responsive to Plaintiff's FOIA

Request, described in Paragraph 5 below.  The remainder of paragraph 4 states legal conclusions to which no response is required.

## COUNT ONE (FEDERAL RESERVE BOARD)

5.      The Board admits that Plaintiff submitted a FOIA request to the Board in February of 2019 and denies the remainder of the allegations in Paragraph 5.  The Board further states that its records reflect that the subject FOIA request was submitted on February 4, 2019.

6.      The Board admits the allegations in paragraph 6.

7.      The Board admits that as of the date of the Complaint, it had not disclosed any records or issued a final response to the request referenced in Paragraph 5.  The remainder of paragraph 7 states legal conclusions to which no response is required.  By way of further response, the Board avers that on April 26, 2019, it released an initial set of responsive, non-exempt records and is currently working to finalize its production of any remaining responsive, non-exempt records.

The remainder of Plaintiff's Complaint consists of a prayer for relief as to which no response is required.  To the extent that any response is required, the Board denies that Plaintiff is entitled to any of the requested relief or to any relief whatsoever.

Dated:  April 29, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:  /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871

        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2531
        E-mail: Daniel.Schaefer@usdoj.gov

        *Counsel for Defendants*

OF COUNSEL:

Katherine H. Wheatley
Associate General Counsel
Yonatan Gelblum
Senior Counsel
Board of Governors of the Federal Reserve System

DATE: April 29, 2019